OFFNER v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. October 7, 1913.)

No. 1,940.

In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois; Kenesaw M. Landis, Judge.

Criminal prosecution by the United States against Morris H. Offner. Judgment of conviction, and defendant brings error. Affirmed.

B. M. Shaffner, of Chicago, Ill., for plaintiff in error.

James H. Wilkerson and Frederick Dickinson, both of Chicago, Ill., for defendant in error.

Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. This writ of error is brought for review of a judgment upon conviction of the plaintiff in error, under an indictment charging that he testified falsely in bankruptcy proceedings, in violation of section 29b of the Bankruptcy Act (Act July 1, 1898, c. 541, 30 Stat. 554 [U. S. Comp. St. 1901, p. 3433]). The assignment of error and all questions of law presented are substantially identical with those involved in No. 1,939, Baskin v. United States, 209 Fed. 740, decided herewith, and answered by the opinion and rulings therein.

The judgment against the plaintiff in error in the District Court is therefore affirmed.